AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MAYRA BOCANEGRA-JUAREZ<br><br>Defendant(s) | Case No. 2:21-mj-1079-NPM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 30, 2021** in the county of **Collier** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) | Illegal Reentry by Deported Alien. |

This criminal complaint is based on these facts:

SEE ATTACHED.

☑ Continued on the attached sheet.

*B Tapanes 4840*
Complainant's signature

Brian A. Tapanes, Deportation Officer
Printed name and title

Sworn to before me over the telephone and signed in my presence, pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 06/07/2021

*Nicholas P. Mizell*
Judge's signature

City and state: Fort Myers, Florida

Nicholas P. Mizell, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, BRIAN A. TAPANES, being duly sworn on oath depose and state the following:

1. I have been employed by United States Immigration and Customs Enforcement (ICE) and have been so employed since May of 2007. I currently hold the position of Deportation Officer, which I have held since September of 2015. As a Deportation Officer, my duties include the apprehension of aliens who are in the United States illegally and the enforcement of the immigration laws including offenses involving aliens who are believed to have reentered the United States after deportation, without authorization from the Attorney General. This affidavit is based upon my personal knowledge and information which has been provided to me by other law enforcement officers.

2. On or about April 30, 2021, the Collier County Sheriff's Office (CCSO) in Naples, Florida arrested Mayra Bocanegra-Juarez, for the offense of expired drivers license. Bocanegra-Juarez's fingerprints were rolled, scanned and electronically submitted into the Federal Bureau of Investigations' Next Generation Identification (NGI).

3. On or about April 30, 2021, an Immigration Official located Bocanegra-Juarez in Collier County, Florida, and an Immigration and Customs Enforcement detainer was filed for Bocanegra-Juarez.

4. On or about April 30, 2021, through a field interview, an Immigration official was able to establish that Bocanegra-Juarez was the same subject who had

1

been previously removed from the United States. This individual's biographical information was consistent with previously known information from law enforcement databases. Bocanegra-Juarez was processed through the Department of Homeland Security's Automated Biometric Identification System (IDENT), which resulted in her fingerprints matching a record of a previously deported alien under Alien File 076-817-973.

5. On April 30, 2021, an immigration official interviewed Bocanegra-Juarez. On April 30, 2021, an immigration official read Bocanegra-Juarez her *Miranda* Warnings, Bocanegra-Juarez declined to give a sworn statement.

6. A search of the ICE computer databases revealed that alien number 076-817-973 was assigned to Bocanegra-Juarez, a citizen and native of Mexico born in June of 1966. I subsequently reviewed all documents in Alien File 076-817-973. Contained in the documents was an Immigration Judge's Order issued in San Francisco, California, on October 14, 1998. This order was issued based upon the charges on the Notice to Appear (I-862) pursuant to Section 212(a)(2)(A)(i)(II) and 212(a)(2)(C) of the Immigration and Nationality Act, as amended. Contained in the alien file was an executed Warrant of Removal (I-205), which revealed that Bocanegra-Juarez was deported from the United States to Mexico on March 17, 2000.

7. Subsequent to her deportation, Bocanegra-Juarez reentered the United States on an unknown date, at an unknown location without being admitted or paroled after inspection by an immigration officer at a designated port of entry and

2

without permission by the Department of Homeland Security.

8. On June 3, 2021, a Fingerprint Specialist with U.S. Immigration and Customs Enforcement, Homeland Security Investigations examined the fingerprint contained on the executed Warrant of Removal (I-205) executed March 17, 2000 and compared the fingerprint to that of the individual located in Collier County, Florida on April 30, 2021. The Fingerprint Specialist determined that all the fingerprints were made by the same individual, Mayra Bocanegra-Juarez.

9. A search of ICE databases has revealed that Bocanegra-Juarez had never received permission to reenter the United States from the United States Attorney General or his successor, the Secretary for Homeland Security, subsequent to her deportation on March 17, 2000.

10. Based on the above information, I have concluded that, to the best of my knowledge and belief, there is probable cause to believe that, the Defendant, Mayra Bocanegra-Juarez, is presently in the United States, in violation of Title 8, United States Code, Section 1326(a).

*B Tapanes 4840*
Brian A. Tapanes, Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn and subscribed to me via reliable electronic means (telephone) this 7th day of June, 2021, in Fort Myers, Florida.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
United States Magistrate Judge

4